UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ROBERT CHARLES TILLITZ,<br><br>　　　　Defendant. | Case No. CR94-5074RJB<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR TERMINATION OF SUPERVISED RELEASE |

This matter comes before the court on the above-referenced motion (Dkt. 877). The court has considered the records and files herein and documents filed by defendant, United States Probation Offices in the Western District of Washington and the Eastern District of California, and the response of the plaintiff to the motion. It appears that the showing is sufficient and that it is appropriate to grant defendant's motion. Now, therefore, it is hereby

ORDERED that Defendant's Motion for Termination of Supervised Release Pursuant to Title 18 U.S.C. Section 3582(e)(1) is GRANTED and supervised release is hereby TERMINATED.

The Clerk of the Court is instructed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

DATED this 23rd day of October, 2009.

　　　　　　　　　　/s/ Robert J. Bryan
　　　　　　　　　　Robert J. Bryan
　　　　　　　　　　United States District Judge

ORDER GRANTING DEFENDANT'S MOTION FOR TERMINATION OF SUPERVISED RELEASE - 1